IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 16-00146-CG |
| ) | |
| BRIAN DESHON MILLER, and ) | |
| SCHUYLER JARROD MILLER, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Due to a conflict with the Court's calendar, the sentencing hearings in the above styled case are hereby **RESCHEDULED** for **Friday, March 3, 2017 at 1:00 p.m.**, to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama. The United States Marshal is **ORDERED** to produce the Defendants for said hearings.

**DONE and ORDERED** this 20th day of January, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE